United States District Court
Southern District of Texas
**ENTERED**
August 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-95 |
| § | |
| LEONARDO O. MOYA; dba 1ST § | |
| STREET BAR, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Having previously granted default in the case,[1] the Court hereby renders final judgment in favor of Plaintiff J&J Sports Productions, Inc. against Defendant Leonardo O. Moya, individually and d/b/a 1st Street Bar.

Accordingly, Defendant Leonardo O. Moya, individually and d/b/a 1st Street Bar is **LIABLE** to Plaintiff for: **$5,000** in statutory damages, **$10,000** in additional statutory damages, and **$1,200** in attorney's fees and costs, as well as conditional fees as follows: **$2,500** for the collection of judgment; **$10,000** in the event Defendant files a post-judgment motion or pre-appeal motion upon which Plaintiff prevails; and **$25,000** in the event Defendant files an appeal to the Court of Appeals for the Fifth Circuit upon which Plaintiff prevails. Any relief not expressly granted in this final judgment is hereby **DENIED.** This is a final judgment for which execution may issue as allowed by law.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of August, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.